1
2
3
4
5

6                         UNITED STATES DISTRICT COURT
7                                DISTRICT OF NEVADA
8                                      * * * * *

9  ROBERT FRANK SCHMITT; COM             )
   PRODUCTIONS, LLC, a Nevada limited    )  Case No. 3:11-cv-00602-LRH-VPC
10 liability company,                    )
                                         )
11                Plaintiffs,            )  ORDER REGARDING
                                         )  EARLY NEUTRAL EVALUATION
12 vs.                                   )
                                         )
13 KEN FURLONG, an individual; CARSON    )
   CITY, a municipal corporation and political )
14 subdivision of the State of Nevada,   )
                                         )
15                Defendants.            )
                                         )
16

17         WHEREAS, Local Rule 16-5 provides that the Court may, in its discretion and at any
18 time, set any appropriate civil case for settlement conference or any other alternative method of
19 dispute resolution, and
20         WHEREAS, Early Neutral Evaluations before a neutral Magistrate Judge pursuant to
21 Local Rule 16-6 have proven to be an effective method of dispute resolution, and
22         WHEREAS, this action appears to be an appropriate civil case to undergo Early Neutral
23 Evaluation even though Local Rule 16-6 does not normally apply to this type of case, and GOOD
24 CAUSE APPEARING,
25         IT IS HEREBY ORDERED that this action shall undergo Early Neutral Evaluation by
26 Magistrate Judge Robert A. McQuaid and shall be held no later than sixty (60) days from the
27 entry of this order. The parties shall comply with the procedural requirements of Local Rule 16-6.
28 All evaluation statements shall be delivered to Magistrate Judge McQuaid in care of the Reno

1  Clerk's Office, 400 S. Virginia Street, Reno, Nevada, 89501.
2       The Parties are instructed to contact Courtroom Deputy Clerk Dionna Negrete at (775)
3  686-5829 to schedule the Early Neutral Evaluation in this action.

5       IT IS SO ORDERED.
6       DATED this 26th day of January, 2012.

       _____
       LARRY R. HICKS
       UNITED STATES DISTRICT JUDGE