UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| ROBERT FRANK SCHMITT; COM PRODUCTIONS, LLC, a Nevada limited liability company,<br><br>                 Plaintiffs,<br><br>vs.<br><br>KEN FURLONG, an individual; CARSON CITY, a municipal corporation and political subdivision of the State of Nevada,<br><br>                 Defendants. | Case No. 3:11-cv-00602-LRH-VPC<br><br>ORDER REGARDING<br>EARLY NEUTRAL EVALUATION |

      WHEREAS, Local Rule 16-5 provides that the Court may, in its discretion and at any time, set any appropriate civil case for settlement conference or any other alternative method of dispute resolution, and

      WHEREAS, Early Neutral Evaluations before a neutral Magistrate Judge pursuant to Local Rule 16-6 have proven to be an effective method of dispute resolution, and

      WHEREAS, this action appears to be an appropriate civil case to undergo Early Neutral Evaluation even though Local Rule 16-6 does not normally apply to this type of case, and GOOD CAUSE APPEARING,

      IT IS HEREBY ORDERED that this action shall undergo Early Neutral Evaluation by Magistrate Judge Robert A. McQuaid and shall be held no later than sixty (60) days from the entry of this order. The parties shall comply with the procedural requirements of Local Rule 16-6. All evaluation statements shall be delivered to Magistrate Judge McQuaid in care of the Reno

1 | Clerk's Office, 400 S. Virginia Street, Reno, Nevada, 89501.
2 |     The Parties are instructed to contact Courtroom Deputy Clerk Dionna Negrete at (775)
3 | 686-5829 to schedule the Early Neutral Evaluation in this action.
4 |
5 |     IT IS SO ORDERED.
6 |     DATED this 26th day of January, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2